# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RAMON MANUEL ADLER a/k/a RAMON MANUEL ADLER ADAY, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiff,<br>vs.<br><br>GARDENS ON THE BAY OWNERS ASSOCIATION, INC.,<br>MARTA ALVAREZ,<br>JULIE M. GONZALEZ,<br><br>Defendants. | 17-cv-21544-UU |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
GARDENS ON THE BAY OWNERS ASSOCIATION, INC.
Registered Agent: George Savage, Esq.
8603 S. Dixie Highway, Suite 218
Miami Beach, FL 33141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 26, 2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RAMON MANUEL ADLER a/k/a RAMON MANUEL ADLER ADAY, and all others similarly situated under 29 U.S.C. 216(b),<br><br>   Plaintiff,<br>vs.<br><br>GARDENS ON THE BAY OWNERS ASSOCIATION, INC.,<br>MARTA ALVAREZ,<br>JULIE M. GONZALEZ,<br><br>   Defendants. | 17-cv-21544-UU |

### SUMMONS IN A CIVIL ACTION

To:
MARTA ALVAREZ
6484 Indian Creek Dr., Apt. 108
Miami Beach, FL 33141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 26, 2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RAMON MANUEL ADLER a/k/a RAMON MANUEL ADLER ADAY, and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br>vs.<br><br>GARDENS ON THE BAY OWNERS ASSOCIATION, INC.,<br>MARTA ALVAREZ,<br>JULIE M. GONZALEZ,<br><br>        Defendants. | 17-cv-21544-UU |

**SUMMONS IN A CIVIL ACTION**

To:
JULIE M. GONZALEZ
6484 Omdoam Creel Dr., Apt. 226
Miami Beach, FL 33141

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Apr 26, 2017

**SUMMONS**

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court