UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-21544-UU

RAMON MANUEL ADLER a/k/a RAMON MANUEL )
ADLER ADAY, and all others similarly situated )
under 29 U.S.C. 216(b), )
)
      Plaintiff, )
vs. )
)
GARDENS ON THE BAY OWNERS ASSOCIATION, )
INC., )
MARTA ALVAREZ, )
JULIE M. GONZALEZ, )
)
      Defendants. )
_____

## NOTICE OF ATTORNEY APPEARANCE

Come Now Plaintiffs, by and through undersigned counsel and hereby files Plaintiffs' Notice of Attorney Appearance and in support thereof states as follows:

1. The undersigned, Neil Tobak on behalf of the firm J.H. Zidell, P.A., hereby files his notice of appearance.

                Respectfully Submitted,

                J.H. Zidell, P.A.
                300 71st Street, Suite 605
                Miami Beach, Florida 33141
                Tel: (305) 865-6766
                 Fax: (305) 865-7167
                *Attorneys for Plaintiff*

                By: /s/ Neil Tobak
                Neil Tobak, Esq.
                Ntoba.zidellpa@gmail.com

1

        Florida Bar Number: 93940

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on April 26, 2017.

        J.H. Zidell, P.A.
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        *Attorneys for Plaintiff*

        By: /s/ Neil Tobak
        Neil Tobak, Esq.
        Ntoba.zidellpa@gmail.com
        Florida Bar Number: 93940