UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1 7-21544-CIV-UU

RAMON MANUEL ADLER a/k/a RAMON )
MANUEL ADLER ADAY, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                                )
        Plaintiff, )
vs. )
                                                                )
GARDENS ON THE BAY OWNERS )
ASSOCIATION, INC., )
MARTA ALVAREZ, )
JULIE M. GONZALEZ, )
                                                                )
       Defendants. )
_____)

## NOTICE OF APPEARANCE OF COUNSEL

**COME(S) NOW** the undersigned counsel and notices the Court and all parties as follows:

The undersigned hereby appears as an additional trial counsel of record on behalf of the Plaintiff(s).

                                           Respectfully submitted,

                                           J. H. ZIDELL, P.A.
                                           ATTORNEYS FOR PLAINTIFF
                                           300-71ST STREET, SUITE 605
                                           MIAMI BEACH, FLORIDA 33141
                                           305-865-6766
                                           305-865-7167

                                           By:_s/ Rivkah F. Jaff, Esq. ____
                                                Rivkah F. Jaff, Esquire
                                               Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 4/26/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:___/s/___Rivkah Jaff_____
RIVKAH JAFF, ESQ.**