UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1 7-21544-CIV-UU

RAMON MANUEL ADLER a/k/a RAMON )
MANUEL ADLER ADAY, and all others )
similarly situated under 29 U.S.C. 216(b), )
                )
    Plaintiff,       )
vs.              )
                )
GARDENS ON THE BAY OWNERS )
ASSOCIATION, INC., )
MARTA ALVAREZ, )
JULIE M. GONZALEZ, )
                )
    Defendants.    )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

  Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Federal Half-Time Overtime Wage Claim (4/25/14-4/25/17):**
Weeks: 156 (rounded down)
Overtime hours: 14
Amount of half-time overtime per hour not compensated: $6.01 (based on $12.02/hr.)
Total overtime wages unpaid and liquidated damages: $13,125.84 X 2 = $26,251.68

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek *additional* time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

              Respectfully submitted,

              J. H. ZIDELL, P.A.
              ATTORNEYS FOR PLAINTIFF
              300-71ST STREET, SUITE 605
              MIAMI BEACH, FLORIDA 33141
              305-865-6766
              305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 5/3/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**