UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1 7-21544-CIV-UU

RAMON MANUEL ADLER a/k/a RAMON )
MANUEL ADLER ADAY, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
         Plaintiff, )
vs. )
)
GARDENS ON THE BAY OWNERS )
ASSOCIATION, INC., )
MARTA ALVAREZ, )
JULIE M. GONZALEZ, )
)
         Defendants. )
_____ )

## PLAINTIFF'S FIRST AMENDED STATEMENT OF CLAIM

    Now comes the Plaintiff, by and through the undersigned, and files the above-described

First Amended Statement of Claim as follows:

**Federal Half-Time Overtime Wage Claim (4/25/14-4/25/17):**
Weeks: 156 (rounded down)
Overtime hours: 14
Amount of half-time overtime per hour not compensated: $3.63 (based on Fed. MW)
Total overtime wages unpaid and liquidated damages: $7,927.92 X 2 = $15,855.84

**Federal Minimum Wage Claim (4/25/14-12/31/15):**
Amount of minimum wage per hour not compensated: $1.23 (based on Fed. MW)
Weeks: 87 (rounded down)
Hours per week: 54
Total wages unpaid and liquidated damages: $5,778.54 X 2 = $11,557.08

**Federal Minimum Wage Claim (1/1/16-4/25/17):**
Amount of minimum wage per hour not compensated: $1.00 (based on Fed. MW)
Weeks: 68
Hours per week: 54
Total wages unpaid and liquidated damages: $3,672 X 2 = $7,344.00

**Total Federal overtime and minimum wage claim and liquidated damages:**
**$17,378.46 X 2 = $34,756.92,** *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek *additional* time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.
*** Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution. Plaintiff reserves his right to the extent Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments to seek the higher of the two applicable rates.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ___
          Rivkah F. Jaff, Esquire
          Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 5/9/17 TO:**

**ALL CM/ECF RECIPIENTS**

    **BY:_____/s/ Rivkah F. Jaff_____**
        **RIVKAH F. JAFF, ESQ.**