UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21544-UU

RAMON MANUEL ADLER,

    Plaintiff,

v.

GARDENS ON THE BAY OWNERS
ASSOCIATION, *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court upon Defendants' Motion for Summary Judgment on Count II of Plaintiff's First Amended Complaint. D.E. 18.

THE COURT has reviewed the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

On April 25, 2017, Plaintiff filed his Complaint against Defendants. D.E. 1. On May 12, 2017, Defendants filed their Motion to Dismiss, which is not yet ripe and is currently pending before this Court. D.E. 17. On May 18, 2017, Defendants filed their Motion for Summary Judgment and asked this Court to rule as a matter of law that Count II of Plaintiff's Complaint contains no genuine issue of material fact and can be decided as a matter of law by this Court. *Id.* To date, a Trial Order has not yet been issued, and discovery has not yet commenced. A party opposing summary judgment "should be permitted an adequate opportunity to complete discovery prior to consideration of the motion." *Jones v. City of Columbus, Ga.*, 120 F.3d 248, 253 (11th Cir. 1997). The Court finds that consideration of Defendants' Motion for Summary Judgment (D.E. 18) is premature at this stage. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment on Count II of Plaintiff's First Amended Complaint (D.E. 18) is DENIED AS PREMATURE.

DONE AND ORDERED in Chambers, Miami, Florida, this 22d day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record.