UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-21544-UNGARO/O'SULLIVAN

RAMON MANUEL ADLER,

    Plaintiff,

v.

GARDENS ON THE BAY OWNERS
ASSOCIATION, INC., MARTA ALVAREZ,
and JULIE M. GONZALEZ,

    Defendants.
_____/

## NOTICE OF TAKING DEPOSITION

TO: All Counsel of Record

    **PLEASE TAKE NOTICE** that the undersigned attorneys will take the following deposition:

| NAME | DATE AND TIME | PLACE |
|---|---|---|
| Ramon Manuel Adler | Monday, June 26, 2017 10:00 a.m. | Rodriguez Tramont + Nunez, P.A., 255 Alhambra Circle, Suite 1150, Coral Gables, FL 33134 |

The deposition shall be made upon oral examination before a Notary Public, court reporter, or other officer authorized to administer oaths by the laws of the State of Florida, who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in this action. The oral examination will continue from day to day until completed. The deposition is being taken for purposes of discovery and for use as evidence in this cause, for use at trial, or for such other purposes as permitted under the applicable Federal Rules of Civil Procedure and Federal Evidence Code.

**Dated: May 23, 2017**.

                                          By: */s/ Andrew V. Tramont*
                                          ANDREW V. TRAMONT, ESQ.

        Florida Bar No. 322830
        avt@rtgn-law.com
        BRADLEY B. ASERLIND, ESQ.
        Florida Bar No. 101623
        bba@rtgn-law.com
        RODRIGUEZ TRAMONT & NUÑEZ, P.A.
        255 Alhambra Circle, Suite 1150
        Coral Gables, FL 33134
        Telephone: (305) 350-2300
        Facsimile: (305) 350-2525
        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 23, 2017, a copy of the foregoing was served on all counsel identified on the Service List below via email.

        /s/ *Andrew V. Tramont*
        ANDREW V. TRAMONT, ESQ.

**SERVICE LIST**

**RAMON MANUEL ADLER v. GARDENS ON THE BAY OWNERS ASSOCIATION.
INC. et al.
CASE NO. 17-cv-21544-UNGARO/O'SULLIVAN
United States District Court, Southern District of Florida**

Jamie H. Zidell
Florida Bar No. 10121
Email: zabogado@aol.com
Rivkah Fay Jaff
Florida Bar No. 107511
Email: rivkah.jaff@gmail.com
Neil Tobak
Florida Bar No. 93940
Email: ntobak.zidellpa@gmail.com
J.H. Zidell, P.A.
300 71st St., Ste 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305)-865-7167
*Attorneys for Plaintiff*
**Via Email**