5/23/2017 Gmail - SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

Case 1:17-cv-21544-UU   Document 22-3   Entered on FLSD Docket 05/23/2017   Page 1 of 13



Rivkah Jaff <rivkah.jaff@gmail.com>

# SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

**Bradley B. Aserlind** <bba@rtgn-law.com>  
To: rivkah.jaff@gmail.com, ntobak.zidellpa@gmail.com, zabogado@aol.com  
Cc: Andrew Tramont <avt@rtgn-law.com>

Tue, May 23, 2017 at 1:15 PM

Court: United States District Court, Southern District of Florida

Case No.: 17-cv-21544-UU

Plaintiff: Ramon Manuel Adler

Defendant: Gardens on the Bay Owners Association Inc., Marta Alvarez, Julie M. Gonzalez

Document(s) being Served:
1. Notice of Taking Deposition of Ramon Manuel Adler

Sender's Name: Andrew V. Tramont, Esq.

Sender's Email: avt@rtgn-law.com

Sender's Phone No.: 305-350-2300

To follow up on Andy's emails from yesterday, we are available in June to take your client's deposition, and you did not indicate your firm was unavailable any dates other than the weeks of June 12 and June 19. As Andy told you, we need to take your client's deposition prior to the settlement conference on June 28 so that we are in a position to make an informed settlement recommendation.

We are also available this week to complete the Rule 26 conference. We do not believe that we need to complete the Rule 26 conference before initiating formal discovery, but since you have taken that position, we have scheduled your client's deposition more than one month from now to give us ample time to complete the conference. We are available any time prior to then to finish the conference, including this week. Please let us know the earliest time one of you is available to complete the required Rule 26 discovery conference.

Thank you,

--
Bradley B. Aserlind, Esq.
Rodriguez Tramont & Núñez, P.A.
255 Alhambra Circle - Suite 1150
Coral Gables, Florida 33134
Telephone: 305-350-2300
Facsimile: 305-350-2525

www.rtgn-law.com

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Rodriguez Tramont & Nuñez, P.A. for any loss or damage arising in any way from its use.

Case 1:17-cv-21544-UU Document 22-3 Entered on FLSD Docket 05/23/2017 Page 2 of 2

📎 Notice of Deposition Adler.pdf
135K

5/23/2017 Gmail - SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

Case 1:17-cv-21544-UU Document 22-3 Entered on FLSD Docket 05/23/2017 Page 3 of 13



Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

**Rivkah Jaff** <rivkah.jaff@gmail.com>  Tue, May 23, 2017 at 1:22 PM
To: "Bradley B. Aserlind" <bba@rtgn-law.com>
Cc: Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <zabogado@aol.com>, Andrew Tramont <avt@rtgn-law.com>

The Settlement Conference in this matter is set for June 28 and the Scheduling Report is due June 30.

If you do not send a clear email by 6:00 p.m. today advising us that you have withdrawn the unilaterally set Notice of Deposition then I will move for a protective order and will seek all fees and costs associated with same.

We have not completed our Rule 26(f) Conference and we will ensure that we complete it by June 30 in time to file the JSR. We are preparing for a Trial and that is our priority at this time.

Best,


[Quoted text hidden]
--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ
The United States District Court for the Southern District of FL.
The United States Court of Appeals for the Eleventh Circuit.


J.H. Zidell, PA

NOTICE: The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure. It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer. Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist. Thank you.

NOTICE: If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.

5/23/2017 Gmail - SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

Case 1:17-cv-21544-UU Document 22-3 Entered on FLSD Docket 05/23/2017 Page 4 of 13

 Gmail

Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

**Andrew Tramont** <avt@rtgn-law.com>  Tue, May 23, 2017 at 1:34 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Bradley B. Aserlind" <bba@rtgn-law.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, zabogado@aol.com

So are you saying that there is no date prior to the June 28th settlement conference that will work for your client's deposition? If there is an available date, please let me know and I will move around my schedule so as to be available to take his deposition. And similarly, as I have previously requested, let me know when any one of you is available to complete the conference, and we will make ourselves available.
We are not trying to be difficult, but as I am sure you would agree, it is almost impossible for a lawyer to recommend a settlement to his clients without, at the very least, having deposed the opposing party.
Thanks
Andy

AVT
Sent from a mobile device.
[Quoted text hidden]



Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

**Rivkah Jaff** <rivkah.jaff@gmail.com>　　　　　　　　　　　　　　　Tue, May 23, 2017 at 1:43 PM
To: Andrew Tramont <avt@rtgn-law.com>
Cc: "Bradley B. Aserlind" <bba@rtgn-law.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <zabogado@aol.com>

Andrew:

As I said before, we intend to comply with the Court's Order and file the JSR timely but cannot march to your demands. We are not agreeing to you running up fees and costs and that inhibiting the ability to settle at the Settlement Conference. The Judge's intentionally set Settlement Conferences early on to minimize fees and costs on both sides.

I am preparing for a Trial and will get to the JSR when we have a chance.

Should you not withdraw the Notice as per my prior email we will proceed accordingly and will seek all fees and costs for you wasting our time and the Court's.

Best,

[Quoted text hidden]

5/23/2017, Gmail - SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

Case 1:17-cv-21544-UU Document 22-3 Entered on FLSD Docket 05/23/2017 Page 6 of 13

 Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

**Andrew Tramont** <avt@rtgn-law.com>  Tue, May 23, 2017 at 2:09 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Bradley B. Aserlind" <bba@rtgn-law.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, zabogado@aol.com

The last thing we want to do is run up fees, but prohibiting our taking your client's deposition before the settlement conference will inhibit settlement, not facilitate it.

We therefore intend to proceed with the deposition as noticed, however, I reiterate our willingness to reschedule it to another date in advance of the settlement conference that may be more convenient for you.

ANDREW V. TRAMONT, ESQ.



255 Alhambra Circle - Suite 1150
Coral Gables, Florida 33134
Telephone: 305-350-2300

www.rtgn-law.com

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Rodriguez Tramont & Nuñez, P.A. for any loss or damage arising in any way from its use.

---

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Tuesday, May 23, 2017 1:43 PM
**To:** Andrew Tramont
**Cc:** Bradley B. Aserlind; Neil Tobak; zabogado@aol.com
**Subject:** Re: SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

[Quoted text hidden]

5/23/2017 Gmail - SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

Case 1:17-cv-21544-UU Document 22-3 Entered on FLSD Docket 05/23/2017 Page 7 of 13

 Gmail  Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

**Rivkah Jaff** <rivkah.jaff@gmail.com>  Tue, May 23, 2017 at 2:32 PM
To: Andrew Tramont <avt@rtgn-law.com>
Cc: "Bradley B. Aserlind" <bba@rtgn-law.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <zabogado@aol.com>

The Court has the following dates available for a Hearing on a Motion for Protective Order:
June 8
10 a.m.
10:30 p.m.
1:30 p.m.
2 p.m.
3:30 p.m.

We prefer the afternoon time. The Court will allow us to appear by phone for the Hearing so long as the Parties only use a landline, do not use a speaker phone, and that if both parties are appearing by phone that we are on the same line and then call Chambers.

Let me know your availability. Please note, we will seek our fees and costs for these back and forth emails, for coordinating the Hearing, the Notice, for attendance at the Hearing, and all related work.

[Quoted text hidden]

5/23/2017 Gmail - SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

Case 1:17-cv-21544-UU   Document 22-3   Entered on FLSD Docket 05/23/2017   Page 8 of 13



Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

**Andrew Tramont** <avt@rtgn-law.com>  Tue, May 23, 2017 at 2:34 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Bradley B. Aserlind" <bba@rtgn-law.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, zabogado@aol.com

Did you file your motion yet?

ANDREW V. TRAMONT, ESQ.



255 Alhambra Circle - Suite 1150
Coral Gables, Florida 33134
Telephone: 305-350-2300

www.rtgn-law.com

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Rodriguez Tramont & Nuñez, P.A. for any loss or damage arising in any way from its use.

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Tuesday, May 23, 2017 2:32 PM

[Quoted text hidden]

[Quoted text hidden]

5/23/2017 Gmail - SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

Case 1:17-cv-21544-UU   Document 22-3   Entered on FLSD Docket 05/23/2017   Page 9 of 13

 Gmail

Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

**Rivkah Jaff** <rivkah.jaff@gmail.com>  Tue, May 23, 2017 at 2:37 PM
To: Andrew Tramont <avt@rtgn-law.com>
Cc: "Bradley B. Aserlind" <bba@rtgn-law.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <zabogado@aol.com>

Judge O'Sullivan do not allow you to file a Motion you need to set it for a Hearing. So let me know your availability so I can let Chambers know accordingly.

[Quoted text hidden]

5/23/2017 Gmail - SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

Case 1:17-cv-21544-UU Document 22-3 Entered on FLSD Docket 05/23/2017 Page 10 of 13



Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

**Andrew Tramont** <avt@rtgn-law.com>   Tue, May 23, 2017 at 2:43 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Bradley B. Aserlind" <bba@rtgn-law.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, zabogado@aol.com

Did Judge Ungaro refer all discovery matters to Judge O'Sullivan?

ANDREW V. TRAMONT, ESQ.



255 Alhambra Circle - Suite 1150
Coral Gables, Florida 33134
Telephone: 305-350-2300

www.rtgn-law.com

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Rodriguez Tramont & Nuñez, P.A. for any loss or damage arising in any way from its use.

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Tuesday, May 23, 2017 2:38 PM

[Quoted text hidden]

[Quoted text hidden]

5/23/2017, Gmail - SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

Case 1:17-cv-21544-UU   Document 22-3   Entered on FLSD Docket 05/23/2017   Page 11 of 13

 Gmail

Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

**Rivkah Jaff** <rivkah.jaff@gmail.com>  Tue, May 23, 2017 at 3:07 PM
To: Andrew Tramont <avt@rtgn-law.com>
Cc: "Bradley B. Aserlind" <bba@rtgn-law.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <zabogado@aol.com>

Unless you know otherwise that is the procedure. Feel free to call Chambers yourself.
[Quoted text hidden]



Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

**Andrew Tramont** <avt@rtgn-law.com>  Tue, May 23, 2017 at 3:14 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Bradley B. Aserlind" <bba@rtgn-law.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, zabogado@aol.com

My understanding is that the matter was "referred for purposes of a settlement conference before Magistrate Judge John J. O'Sullivan...". *See* May 2, 2017 "Order in Actions Brought Under the Fair Labor Standards Act." I don't see any other order that would have referred discovery disputes to him, and such an order would be arguably inconsistent with his role as a mediator.

Given that we don't believe that discovery disputes have been referred to him, we do not believe it would be appropriate to call his chambers.

Nevertheless, if you notice a hearing for June 8, we will show up in whatever courthouse you notice it for, and before whatever judge you set it in front of. We will, of course, reserve our right to object should we disagree with how you have proceeded.

In that regard, we will make ourselves available on June 8 at whatever time works best for you.

We would suggest, however, that if you are in fact available the whole day, the more profitable use of our time and yours would be for us to have the deposition of your client that day. Please let me know if, based on your apparent availability, you will reconsider your refusal to produce Mr. Adler in advance of the June 28th settlement conference.

ANDREW V. TRAMONT, ESQ.



255 Alhambra Circle - Suite 1150
Coral Gables, Florida 33134
Telephone: 305-350-2300

www.rtgn-law.com

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Tuesday, May 23, 2017 2:38 PM

[Quoted text hidden]

[Quoted text hidden]

responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Rodriguez Tramont & Nuñez, P.A. for any loss or damage arising in any way from its use.