**Subject:** RE: SERVICE OF COURT DOCUMENTS – Adler v. Gardens on the Bay Owners
Association, Inc. et al. (17-cv-21544-UU)
**From:** "Andrew Tramont" <avt@rtgn-law.com>
**Date:** 5/22/17, 1:07 PM
**To:** "Bradley B. Aserlind" <bba@rtgn-law.com>, <rivkah.jaff@gmail.com>,
<ntobak.zidellpa@gmail.com>, <zabogado@aol.com>

Dear Rivkah et al.:

I would like to take Mr. Adler's deposition sometime during the week of June 12 or 19.  I
can move around other scheduled matters I have that week, so I'm flexible in terms of a
date.

Can you please let me know what day works for you and your client?

Thanks
AVT

ANDREW V. TRAMONT, ESQ.


255 Alhambra Circle – Suite 1150
Coral Gables, Florida 33134
Telephone: 305-350-2300
www.rtgn-law.com
NOTE: The information in this email is confidential and may be legally privileged. If you
are not the intended recipient, you must not read, use or disseminate the information.
Although this email and any attachments are believed to be free of any virus or other defect
that might affect any computer system into which it is received and opened, it is the
responsibility of the recipient to ensure that it is virus free and no responsibility is
accepted by Rodriguez Tramont & Nuñez, P.A. for any loss or damage arising in any way from
its use.


-----Original Message-----
From: Bradley B. Aserlind
Sent: Monday, May 22, 2017 12:38 PM
To: rivkah.jaff@gmail.com; ntobak.zidellpa@gmail.com; zabogado@aol.com
Cc: Andrew Tramont
Subject: SERVICE OF COURT DOCUMENTS – Adler v. Gardens on the Bay Owners Association, Inc.
et al. (17-cv-21544-UU)

Court: United States District Court, Southern District of Florida

Case No.: 17-cv-21544-UU

Plaintiff: Ramon Manuel Adler

Defendant: Gardens on the Bay Owners Association Inc., Marta Alvarez, Julie M. Gonzalez

Document(s) being Served:
1.  Supporting Documentation (with Bates Numbering) re: Defendants' Response to Plaintiff's
First Amended Statement of Claim

Sender's Name: Bradley B. Aserlind, Esq.

Sender's Email: bba@rtgn-law.com

Sender's Phone No.: 305-350-2300

--
Bradley B. Aserlind, Esq.
Rodriguez Tramont & Núñez, P.A.
255 Alhambra Circle – Suite 1150
Coral Gables, Florida 33134
Telephone: 305-350-2300
Facsimile: 305-350-2525

www.rtgn-law.com

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Rodriguez Tramont & Nuñez, P.A. for any loss or damage arising in any way from its use.