**Subject:** Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)
**From:** Rivkah Jaff <rivkah.jaff@gmail.com>
**Date:** 5/22/17, 2:10 PM
**To:** "Bradley B. Aserlind" <bba@rtgn-law.com>, Rivkah Jaff <rivkah.jaff@gmail.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <zabogado@aol.com>, Andrew Tramont <avt@rtgn-law.com>

Andrew:

That date does not work on our end; we are absolutely not available on those dates based on our calendar.

Also we have not completed our Rule 26(f) conference and do not agree to you commencing discovery until we have completed same.


--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ
The United States District Court for the Southern District of FL.
The United States Court of Appeals for the Eleventh Circuit.


J.H. Zidell, PA

NOTICE:  The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure.  It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer. Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist.  Thank you.

NOTICE:  If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.