RE: Adler v. Gardens on the Bay Owners Association, Inc. et al. (1...

Case 1:17-cv-21544-UU   Document 25-3   Entered on FLSD Docket 05/25/2017   Page 1 of 2

**Subject:** RE: Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)
**From:** "Andrew Tramont" <avt@rtgn-law.com>
**Date:** 5/22/17, 2:57 PM
**To:** "Rivkah Jaff" <rivkah.jaff@gmail.com>, "Bradley B. Aserlind" <bba@rtgn-law.com>, "Neil Tobak" <ntobak.zidellpa@gmail.com>, <zabogado@aol.com>

We will make ourselves available for both the completion of the Rule 26 conference and your client's deposition in advance of the currently-scheduled mediation before the Magistrate, if you insist on the completion of the conference before the deposition. But we need to take your client's deposition in advance of that mediation because I will not be able to recommend for or against any proposed settlement unless I can test the strength of your client's case.

So can we set up those dates now?

**ANDREW V. TRAMONT, ESQ.**



255 Alhambra Circle - Suite 1150
Coral Gables, Florida 33134
Telephone: 305-350-2300
www.rtgn-law.com

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Rodriguez Tramont & Nuñez, P.A. for any loss or damage arising in any way from its use.

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Monday, May 22, 2017 2:11 PM
**To:** Bradley B. Aserlind; Rivkah Jaff; Neil Tobak; zabogado@aol.com; Andrew Tramont
**Subject:** Adler v. Gardens on the Bay Owners Association, Inc. et al. (17-cv-21544-UU)

Andrew:

That date does not work on our end; we are absolutely not available on those dates based on our calendar.

Also we have not completed our Rule 26(f) conference and do not agree to you commencing discovery until we have completed same.


--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ

RE: Adler v. Gardens on the Bay Owners Association, Inc., et al. - (1 ...

Case 1:17-cv-21544-UU   Document 25-3   Entered on FLSD Docket 05/25/2017   Page 2 of 2

The United States District Court for the Southern District of FL.
The United States Court of Appeals for the Eleventh Circuit.

J.H. Zidell, PA

**NOTICE**:  The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure.  It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer.  Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist.  Thank you.

**NOTICE**:  If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.