UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-21544-UU

RAMON MANUEL ADLER a/k/a RAMON )
MANUEL ADLER ADAY, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
          Plaintiff, )
vs. )
)
GARDENS ON THE BAY OWNERS )
ASSOCIATION, INC., )
MARTA ALVAREZ, )
JULIE M. GONZALEZ, )
)
          Defendants. )
_____

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AND SERVE SECOND AMENDED COMPLAINT

    Comes Now the Plaintiff, by and through undersigned, pursuant to Federal Rules of Civil Procedure Rule 15 and Southern Local Rule 15.1, and requests an entry of an order granting the above-described motion ("Motion for Leave to File), and as grounds thereof states as follows:

1. On April 25, 2017, Plaintiff filed the initial Complaint alleging overtime wage violations under 29 U.S.C. §§ 201-216. [DE1].

2. Thereafter, Plaintiff filed his First Amended Complaint [DE15] and corresponding First Amended Statement of Claim [DE16] alleging overtime and minimum wage violations under the Fair Labor Standards Act (the "FLSA"). As per [DE15, FN 1], the First Amended Complaint was filed pursuant to Fed. R. Civ. P. 15(a)(1)(B). Per the rule, a party may amend its pleading once as a matter of course within 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b),(e), or (f), whichever is earlier, if the pleading is one which requires a responsive pleading. Fed. R. Civ. P. 15(a)(1)(B). At the time

of the amendment, Defendants had not filed a responsive pleading and, as such, Plaintiff amended the Complaint as a matter of course.

3. In addition to their FLSA claims, Plaintiff has claims for minimum wage violations under Florida State Law, Florida Statute § 448.110. Fed. R. Civ. P. 5(b)(1) states that: "If a party is represented by an attorney, service under this rule must be made on the attorney unless the court orders service on the party."

4. All conditions precedent pursuant to §448.110 have been met by Plaintiff to seek to add Plaintiff's minimum wage claims against the Defendants.

5. On May 9, 2017, Plaintiff served Defendants, by and through their counsel, via email and U.S. Mail with the required Florida Minimum Wage Notices to the Defendants pursuant to Florida Statute § 448.110(6)(a). *See,* Exhibit "A." Florida Statute §448.110(6)(b) provides that upon receipt of said Florida Minimum Wage Notice "The employer shall have 15 calendar days after receipt of the notice to pay the total amount of unpaid wages or otherwise resolve the claim to the satisfaction of the person aggrieved."

6. The 15 calendar days expired on May 24, 2017. However, as of the date of filing the instant Motion, the Plaintiff and the Defendants have been unable to resolve said Florida Minimum Wage violation. Plaintiff, having fulfilled the notice provision of the statute, seeks to amend the complaint to include the state minimum wage violation.[1]

7. Plaintiff intends to file this action in State Court should this Motion not be granted with regards to Plaintiff's Florida Minimum Wage claims, thereby resulting in separate lawsuits, in different tribunals, with different judges presiding over claims that come from a common nucleus of facts. This will cause both sides to accrue additional attorneys' fees and costs

---

[1] Plaintiff reserves his right to move this Court to amend the Complaint to add back a Federal Minimum Wage count should information relevant to same be adduced during discovery.

unnecessarily. This will also split the action in two and may result in conflicting Jury verdicts, should the case proceed through to Trial. It would benefit judicial economy as well as the Parties for the instant Motion to be granted.

8. Additionally, Defendants served Plaintiff with legible financial documentation, after the initiation of the instant lawsuit, reflecting Plaintiff's gross pay during the relevant time period. *See also, Daniel v. Pizza Zone Italian Grill & Sports Bar, Inc.,* 8:07-CV-2359T23TGW, 2008 WL 793660 (M.D. Fla. Mar. 24, 2008).

9. Upon further independent investigation and analysis of said legible financial documentation, Plaintiff wishes to amend the Complaint to represent Plaintiff's hourly wage based on Plaintiff's gross wages, before alleged deductions.

10. A Scheduling Order has not been entered by the Court and the Parties Joint Planning and Scheduling Report is not due to be filed until June 30, 2017. [DE13]. As such, the deadline to amend pleadings has not yet passed. Moreover, the Parties have not completed their Rule 26(f) Conference and, as such, discovery has not commenced to date (i.e. depositions, written discovery, etc.). *See also,* [DE28].

11. This Motion is not being filed for purposes of delay and allowing the above amendments would benefit the Court as it necessary and important in this stage to include all claims in this matter.

12. A copy of the Second Amended Complaint Plaintiff intends to file is attached.

## MEMORANDUM OF LAW

Pursuant to FRCP Rule 15, the Court shall grant leave to amend freely when justice so requires. Plaintiff has properly complied with the requisite notice provisions. It would serve justice to be sure all potential claims are included. Furthermore, amending the complaint to

include the Florida state minimum wage claims would not be burdensome to any factual discovery as it involves many of the same facts the FLSA claims involve nor would it hinder any scheduling matters as it is still early in the case, the deadline to amend has not yet passed as there is no Scheduling Order that has been entered to date, and, as the Parties have not completed their Rule 26(f) Conference, discovery has not been commenced to date.

Moreover, upon further analysis and independent investigation, Plaintiff wishes to amend the Complaint so that Plaintiff's hourly wage rate is based on the gross amount received by Plaintiff, prior to any alleged deductions.

Pursuant to SDLR 15.1, Plaintiff herewith attaches the proposed Second Amended Complaint.

**WHEREFORE**, PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT THIS MOTION FOR LEAVE TO AMEND AND ORDER DEFENDANTS TO FILE THEIR ANSWER(S) OR OTHER RESPONSIVE PLEADING(S) TO PLAINTIFF'S SECOND AMENDED COMPLAINT WITHIN FOURTEEN (14) DAYS OF THE COURT'S ORDER.

## CERTIFICATE OF CONFERRAL

Defendants oppose this Motion.

                Respectfully submitted,

                J. H. ZIDELL, P.A.
                ATTORNEYS FOR PLAINTIFF
                300-71ST STREET, SUITE 605
                MIAMI BEACH, FLORIDA 33141
                305-865-6766
                305-865-7167

                By:_s/ Rivkah F. Jaff, Esq. ___
                   Rivkah F. Jaff, Esquire
                   Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 6/7/17 TO:**

**ANDREW TRAMONT , JR., ESQ.
RODRIGUEZ TRAMONT & NUNEZ
255 ALHAMBRA CIRCLE, SUITE 1150
CORAL GABLES, FL 33134
PH: 305-350-2300
FAX: 305-350-2525
EMAIL: AVT@RTGN-LAW.COM**

**BRADLEY B ASERLIND, ESQ.
RODRIGUEZ TRAMONT & NUNEZ, P.A.
255 ALHAMBRA CIRCLE, SUITE 1150
CORAL GABLES, FL 33134
PH: 305-350-2300
EMAIL: BBA@RTGN-LAW.COM**

**BY:_____/s/ Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21544-CIV-UU

RAMON MANUEL ADLER a/k/a RAMON )
MANUEL ADLER ADAY, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                         )
           Plaintiff, )
vs. )
                                                         )
GARDENS ON THE BAY OWNERS )
ASSOCIATION, INC., )
MARTA ALVAREZ, )
JULIE M. GONZALEZ, )
                                                         )
           Defendants. )
_____ )

**<u>ORDER GRANTING PLAINTIFF'S MOTION SEEKING LEAVE TO
FILE AND SERVE FIRST AMENDED COMPLAINT</u>**

This cause, having come before the Court on Plaintiff's above-described Motion, and the Court being duly advised in the premises, it is ORDERED and ADJUDGED that said motion is granted and therefore:

THE FIRST AMENDED COMPLAINT ATTACHED TO PLAINTIFF'S MOTION IS HEREBY DEEMED FILED AND DEFENDANTS SHALL FILE THEIR ANSWER(S) OR OTHER RESPONSIVE PLEADING(S) TO PLAINTIFF'S FIRST AMENDED COMPLAINT WITHIN 10 DAYS OF THIS ORDER.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

                                            _____
                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record