UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21544-UU

RAMON MANUEL ADLER,

    Plaintiff,

v.

GARDENS ON THE BAY OWNERS
ASSOCIATION, *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Leave to File and Serve Second Amended Complaint. D.E. 29.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

On July 7, 2017, Plaintiff filed his Motion for Leave to File Amended Complaint. D.E. 29. In his Motion, Plaintiff requests that this Court grant him leave to amend his Complaint to address concerns raised by Defendants regarding issues that were raised by Defendants in their Motion to Dismiss. Because a Trial Order has not yet been issued, the Court is satisfied that granting Plaintiff leave to amend his Complaint will not result in undue delay. Accordingly, it is hereby

ORDERED AND ADJUDGED that upon Plaintiff's Motion for Leave to File Second Amended Complaint (D.E. 29) is GRANTED. Plaintiff's proposed Second Amended Complaint (D.E. 29-2) is deemed effective. Defendants SHALL file their Response to Plaintiff's Second Amended Complaint no later than **Friday, June 16, 2017**. It is further

1

2

ORDERED AND ADJUDGED that Defendants' Joint Motion to Dismiss Count I of First Amended Complaint (D.E. 17) is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _7th_ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf